IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CV499 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| $15,000.00 in U.S. Currency, | ) | |
| Defendant. | ) | |
| and | ) | |
| JOSE A. ROBLEDO, Claimant. | ) | |

Upon notice of settlement given to the magistrate judge by Nancy Svoboda, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **May 24, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for April 24, 2006, is cancelled upon the representation that this case is settled.

Dated this 24th day of April 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge