IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **$15,000.00 IN UNITED STATES CURRENCY,** | ) | **8:05CV499** |
| | ) | |
| | ) | **ORDER** |
| **Defendant,** | ) | |
| | ) | |
| **JOSE ROBLEDO,** | ) | |
| | ) | |
| **Claimant.** | ) | |

**THIS MATTER** is before the court on the Stipulation of the parties (Filing No. 23). Upon review of the file and the Stipulation, the court finds as follows:

1. The defendant property, i.e., FIFTEEN THOUSAND DOLLARS ($15,000.00) IN U.S. CURRENCY, should be returned to the claimant, Jose Robledo, by delivering the same to the trust account of his attorney of record, Jason E. Troia.

2. Pursuant to this court's order dated November 1, 2005 (Filing No. 5), the United States Marshal for the District of Nebraska ("Marshal") has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on December 7, 2005 (Filing No. 13). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the defendant property.

3. The parties' Stipulation (Filing No. 23) should be approved.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:**

1.   The defendant property, i.e., FIFTEEN THOUSAND DOLLARS ($15,000.00) IN U.S. CURRENCY, shall be returned to the claimant, Jose Robledo, by delivering the same to his attorney of record, Jason E. Troia.  The Marshal shall deliver said amount by making payment to Jason E. Troia's trust account.

2.   Pursuant to this court's order dated November 1, 2005 (Filing No. 5), the Marshal has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct.  An Affidavit of Publication was filed herein on December 7, 2005 (Filing No. 13).  No person or entity has filed a petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

3.   Upon Mr. Troia's receipt of the $15,000.00 in U.S. Currency, as mentioned above, he shall file a Receipt for said amount.  Upon the filing of said Receipt, the court will enter a Judgment in this action.

**DATED May 9, 2006.**

                        BY THE COURT:

                        s/ F.A. Gossett
                        **United States Magistrate Judge**